**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Gavino Medina VIRGEN, Defendant—
Appellant.**

No. 01–50494.

D.C. No. CR–99–01190–WJR–2.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002.*

Decided June 19, 2002.

Before RYMER, T.G. NELSON, and
THOMAS, Circuit Judges.

MEMORANDUM **

Gavino Medina Virgen appeals the sentence imposed following his guilty plea to one count of distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Virgen's contention that *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), renders 21 U.S.C. § 841(b)(1)(A) & (B) unconstitutional is foreclosed by *United States v. Buckland*, 277 F.3d 1173 (9th Cir.2002) (en banc).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

